UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1-11-CR-72 |
| v. ) | |
| ) | COLLIER / LEE |
| JEFFREY ALLEN ROTHWELL ) | |

## O R D E R

On October 4, 2011, Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) accepting Defendant's plea of guilty to the Bill of Information; (2) adjudicating Defendant guilty of the charges set forth in the Bill of Information; and (3) noting Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 14). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 14) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the Bill of Information;

(3) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **Thursday, January 12, 2012 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**